Dated: August 14, 2018

The following is ORDERED:





Janice D. Loyd
U.S. Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT OF THE
## WESTERN DISTRICT OF OKLAHOMA

IN RE: STEVEN A. HANSON,         )
       PATRICIA A. HANSON,     )
                              )  Case No: 17-13651-JDL
              Debtors.          )  Chapter 13

### ORDER GRANTING DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN FILED AS DOCUMENT NO. 29, AWARDING ATTORNEY'S FEE AND ADDRESSING TRUSTEE'S MOTION TO DISMISS

Now, upon the Motion of the Debtors to Modify to Modify their Chapter 13 Plan and further addressing the Trustee's Motion to Dismiss and based upon representations of Debtors' counsel:

1. That on or about September 12, 2017, the Debtors filed a Chapter 13 Petition for relief and Plan, which was subsequently confirmed as a 60-month Plan paying 100% to the unsecured creditors with Plan payment of $1,000 for the first month and $1,014 for 59-months.

2. That the debtor lost his job with Tinker AFB several weeks ago and has now been approved for unemployment compensation.

3. That before the Debtor was approved for unemployment compensation he did get behind on his chapter 13 Plan payments, which caused the Trustee to file a Motion to Dismiss on 06/13/2018, to which the Debtors Responded on 06/20/18 and which is set for hearing on 07/24/18 at 8:30 a.m. and continued to 08/28/2018 @ 8:30 a.m.. Further, that the allegations set forth in the Trustee's Motion to Dismiss are true.

4. That on July 19, 2018 the Debtors filed a Motion to Modify their Chapter 13 Plan to cure the arrearage on their Plan payments and increase their Plan Payment.

5. That the Debtors filed their Motion on July 19, 2018 as document no. 29 and that Notice of said Motion was served on all interested parties pursuant to the bankruptcy code and local bankruptcy rule and that pursuant to said Notice any interested party had 21-days, until August 9, 2018, to either object or otherwise respond and that the time has passed with no objection or response having been either filed or served.

6. That all findings of fact and conclusions of law are based upon representations of Debtors' counsel.

7. That Debtors' counsel should be allowed an additional attorney fee of $500 for bringing this Motion before the Court.

IT IS THEREFORE ORDERED that the Debtors' Plan be modified by treating them as current through July of 2018 and by increasing their Plan payment to $1,084 beginning with the August Plan payment and by allowing Debtors' counsel an additional attorney fee of $500 to be paid through the Plan pursuant to the Court's Guidelines.

Approved:

/s/ James E. Palinkas
JAMES E. PALINKAS, OBA #15037
Debtor's Counsel
320 N. Broadway
Shawnee, OK 74801
(405) 275-0216
(405) 275-0286 – FAX
jim@jepalinkas.com

/s/ Linda Ruschenberg
Linda Ruschenberg, OBA # 12842
Counsel to the chapter 13 Trustee
321 Dean A. McGee Ave
P.O. Box 1948
OKC, OK 73101
(405) 236-4843 – TEL
(405) 236-1004 – FAX
13trustee@chp13okc.com